## STATE *v*. BUCK.

One who causes a witness in attendance before a referee under a rule of court to be arrested upon civil process may be punished by the court for contempt.

ATTACHMENT, for contempt, on the complaint of Sally A. Wright. An action in favor of the complainant against the defendant was referred by the court, and a hearing before the referee was had at Woodsville. The complainant's son was a material witness in her behalf, and attended the hearing at her request. During a recess taken while the complainant was on the stand as a witness, and before her son had testified, the defendant caused them to be arrested upon a writ sued out by him against them, and returnable at the next term. The complainant and her son reside in Vermont. They claimed to be privileged from, and protested against, the arrest. The court adjudged the defendant guilty, and ordered that unless he discontinue the suit in which the complainant and her son were arrested, he pay a fine of $30 and costs; and the defendant excepted.

*E. W. Smith* (of Vermont), for the complainant.

*S. B. Page*, for the defendant.

CARPENTER, J. The parties to an action, and their witnesses while in attendance upon the trial, and while going to or returning from the place of trial, are not liable to arrest. The privilege is not established for their benefit, but to protect the administration of justice. Without the free and unrestricted attendance of parties and witnesses, justice cannot be administered. *Ex parte Cobbett*, 7 E. & B. 958; *Newton* v. *Constable*, 2 Q. B. 166. Persons who procure their arrest, or do anything else to obstruct the proceedings of a court, are guilty of contempt. *Cole* v. *Hawkins*, 2 Str. 1094; *Garibaldo* v. *Cagnoni*, 6 Mod. 90; *Ex parte King*, 7

Ves. 312; *Littler* v. *Thomson*, 2 Beav. 129; Bac. Abr., Priv. B., 2; 1 Tidd Pr. (3d Am. ed) 196–198; *Regina* v. *Onslow*, 12 Cox C. C. 358; *Regina* v. *Skipworth*, 12 Cox C. C. 371; *Tenney's Case*, 23 N. H. 162; *Sturoc's Case*, 48 N. H. 428; *May* v. *Shumway*, 16 Gray 86; *Thompson's Case*, 122 Mass. 428; *In re Healey*, 53 Vt. 694; *Smith* v. *Jones*, 76 Me. 138.

*Exceptions overruled.*

SMITH, J., did not sit; the others concurred.